130 Livingston Street          Howard H. Roberts, Jr.
Brooklyn, NY 11201             President

 **New York City Transit**

(718) 694-3892

October 20, 2008

**BY ECF**

Hon. Frederick Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

     Re: **Locicero v. New York City Transit Authority**
       CV-06-4793 (FB)(JO)

Dear Judge Block:

   This office represents defendant in the above-entitled action.  The purpose of this letter is to advise the Court that the parties have agreed to a briefing schedule for defendant's motion for summary judgment.  The schedule is as follows:

| | |
|---|---|
| **October 31, 2008** | Defendant to serve the motion papers |
| **January 5, 2009** | Plaintiff to serve opposition papers |
| **January 30, 2009** | Defendant to serve reply papers, and all papers to be filed with the Court. |

   Because the briefing schedule covers some holidays and given the litigation obligations of both myself and Mr. Goldberg, a sole practioner, the parties may agree with notice to the Court, to a slight modification of the dates. Presently, however, we expect to have the motion fully briefed and submitted by January 30, 2009.

MTA New York City Transit is an agency of the Metropolitan Transportation Authority, State of New York
H. Dale Hemmerdinger, Chairman                    Elliot G. Sander, Executive Director and CEO

58-01-5505 11/07

Thank you for your consideration in this matter.

Very truly yours,

Robert K. Drinan
Assistant General Counsel

**By Mail**

Kenneth A. Goldberg, Esq.
Goldberg & Fliegel LLP
60 East 42nd Street, Suite 3421
New York, New York  10165