130 Livingston Street
Brooklyn, NY 11201

Howard H. Roberts, Jr.
President

 **New York City Transit**

(718) 694-3892

November 21, 2008

**BY MAIL**

Hon. Frederick Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

        Re:    **Locicero v. New York City Transit Authority**
                  Docket No. CV-06-4793 (FB)(JO)

Dear Judge Block:

      This office represents the Defendant in the above-entitled action. This letter confirms that defendant's motion for summary judgment and the supporting memorandum of law were delivered to plaintiff's attorney, Kenneth Goldberg, today.

      Thank you for your consideration in this matter.

                                  Very truly yours,

                                  Robert K. Drinan
                                  Assistant General Counsel

cc:    Kenneth A. Goldberg, Esq.
       Goldberg & Fliegel LLP
       60 East 42nd Street, Suite 3421
       New York, New York  10165

MTA New York City Transit is an agency of the Metropolitan Transportation Authority, State of New York
H. Dale Hemmerdinger, Chairman                Elliot G. Sander, Executive Director and CEO

58-01-5505 11/07