Kenneth A. Goldberg, Esq. (KG 0295)
**GOLDBERG & FLIEGEL LLP**
60 East 42nd Street, Suite 3421
New York, New York 10165
(212) 983-1077
Attorneys For Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LORETTA LOCICERO,  :

        Plaintiff,  :

    - against -  :

NEW YORK CITY TRANSIT AUTHORITY,  :

        Defendant.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 06-CV-4793 (FB) (JO)

**NOTICE OF PLAINTIFF'S MOTION FOR RECONSIDERATION AND REARGUMENT**

      PLEASE TAKE NOTICE that, upon the Memorandum of Law In Support of Plaintiff's Motion and the exhibits thereto, the Plaintiff, by her counsel, will move this Court before The Honorable Frederic Block, U.S.D.J., in the United States Courthouse, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, at such time as counsel may be heard, for an Order based on Local Rule 6.3, Rule 59 and/or Rule 60 of the Federal Rules of Civil Procedure, granting Plaintiff's Motion and reconsidering summary judgment as to Plaintiff's constructive discharge and hostile work environment claims, and for such other and further relief as may be just and proper.

Dated: New York, New York
       January 13, 2011

                             GOLDBERG & FLIEGEL LLP

                By:   /s/ Kenneth A. Goldberg
                     Kenneth A. Goldberg (KG 0295)
                     60 East 42nd Street, Suite 3421
                     New York, New York 10165
                     (212) 983-1077
                     Attorneys for Plaintiff